**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Adam Huddleston
Attorney at Law
2820 Jackson Street
Alexandria LA 71301

> Judgment on rehearing rendered and mailed to all parties or counsel of record on **November 7, 2018**.

**REHEARING ACTION: November 7, 2018**

**Docket Number: 18   00536-KW**

**STATE OF LOUISIANA**
**VERSUS**
**BOBBY WAYNE MURRAY, JR.**

**Writ Application from Allen Parish Case No. 2016-F-2840**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Marc T. Amy**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Bobby Wayne Murray, Jr.** is:

**REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Herbert Todd Nesom, Counsel for  the Respondent
    Joe Green, Counsel for  the Respondent